# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv236

| | |
|---|---|
| ANNA MARIE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DEPUTY ORTHOPAEDICS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is Defendant's Motion to Stay [# 8]. Plaintiff did not file a response to the motion. Upon a review of the record, and for good cause shown, the Court **GRANTS** the motion [# 8]. The Court **STAYS** these proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation as whether this case should be transferred as part of the <u>In re DePuy Orthopaedics Inc., Pinnacle Hip Implant Products Liability Litigation</u>.

Signed: October 1, 2013

Dennis L. Howell
United States Magistrate Judge